IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Ryan Patrick Nicholl<br><br>*Pro Se, Plaintiff*<br><br>*v.s.*<br><br>Board of Regents of the University System of Georgia<br><br>*Defendant* | Civil Action No.   1:16-CV-1350<br><br>File No.   _____ |

## SUMMONS

TO: Board of Regents of the University System of Georgia.

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address are:

RYAN PATRICK NICHOLL

950 HUDSON RD SE

APT 202

MARIETTA GA, 30060

1

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____    _____

*Signature of Clerk or Deputy*    *Date*

*Clerk*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Ryan Patrick Nicholl | |
| *Pro Se, Plaintiff* | Civil Action No.   1:16-CV-1350 |
| *v.s.* | |
| Board of Regents of the University System of Georgia | File No. _____ |
| *Defendant* | |

## SUMMONS

TO: Board of Regents of the University System of Georgia.

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff, whose name and address are:

RYAN PATRICK NICHOLL

950 HUDSON RD SE

APT 202

MARIETTA GA, 30060

1

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____    _____

*Signature of Clerk or Deputy*     *Date*

*Clerk*