FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 13 2016

JAMES N. HATTEN, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Ryan Patrick Nicholl<br><br>*Plaintiff*<br><br>*v.s.*<br><br>Board of Regents of the University System of Georgia<br><br>*Defendant* | Civil Action No. 1:16-CV-1350 |

## PLAINTIFF'S FIRST MOTION FOR LEAVE

The Plaintiff hereby moves for leave to continue to file documents in the "Times Roman" 14 pt. font. The Plaintiff moves for leave to send electronic copies in PDF, TXT, LYX, or HTML format. A supporting memorandum and affidavit are attached. The Plaintiff moves for judicial notice of supporting trademark and copyright registrations.

Respectfully submitted,

_____    2016-6-9
RYAN PATRICK NICHOLL         Date
950 HUDSON RD SE
APT 202
MARIETTA GA, 30060
(678) 358-7765
*Plaintiff Name, Address and Phone*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Ryan Patrick Nicholl *Plaintiff* *v.s.* Board of Regents of the University System of Georgia *Defendant* | Civil Action No. 1:16-CV-1350-AT |

## PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S FIRST MOTION FOR LEAVE

Certain portions of "STANDING ORDER: GUIDELINES TO PARTIES AND COUNSEL IN CASES PROCEEDING BEFORE THE HONORABLE AMY TOTENBERG" and "NORTHERN DISTRICT OF GEORGIA LOCAL RULES" violate the Plaintiff's rights under the U.S. Constitution, First Amendment. The Plaintiff has the right "to petition the governmnet". The Plaintiff objects to N.D.GA. L.R. § 5.1 (C) (3) and the selection of available fonts. "Times New Roman" is a proprietary software font owned and trademarked by the Monospace corporation. The Plaintiff requests judicial notice of this fact. "Times Roman" is almost identical and serves as a sufficient substitute. The Plaintiff does not use Microsoft Windows or another operating system that comes with a preexisting installation and license

to "Times New Roman". All other "acceptable fonts" listed in N.D.GA. L.R. § 5.1 (C) (3) have similar issues. Also, because the Plaintiff uses the LyX document processor, and the Plaintiff is not aware of any method to obtain an "acceptable font" for usage with LyX in a functional manner, this burdens the Plaintiff's ability to petition the government.

The Plaintiff also objects to "STANDING ORDER: GUIDELINES TO PARTIES AND COUNSEL IN CASES PROCEEDING BEFORE THE HONORABLE AMY TOTENBERG" § III. (m) and § III. (o) and moves for leave to send such required electronic copies in PDF, TXT, LYX, or HTML format. The Plaintiff does not use Microsoft Word and does not have a Windows installation. Requiring the Plaintiff to purchase and agree to licensing conditions for a proprietary operating system such as Microsoft Windows, and submit documents in a proprietary format such as Microsoft Word format, violates the Plaintiff's right to petition the government. Also, because the Plaintiff uses the LyX document processor, and the Plaintiff is not aware of any method to convert LyX files to Microsoft Word documents, this burdens the Plaintiff's ability to petition the government.

Respectfully submitted,

*[signature]*  2016-6-9

RYAN PATRICK NICHOLL     Date
950 HUDSON RD SE
APT 202
MARIETTA GA, 30060
(678) 358-7765
*Plaintiff Name, Address and Phone*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Ryan Patrick Nicholl<br><br>*Plaintiff*<br><br>*v.s.*<br><br>Board of Regents of the University System of Georgia<br><br>*Defendant* | Civil Action No. 1:16-CV-1350-AT |

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF PLAINTIFF'S FIRST MOTION FOR LEAVE**

RN
AK

Ryan Patrick Nicholl, the Plaintiff, under penalty of perjury, states that the following statements by him are true and correct as of 2016-6-9:

1. I do not use Microsoft Windows.

2. I do not use Microsoft Word.

3. I do not wish to be subject to the license conditions of either Microsoft Windows nor Microsoft Word at the present time.

4. I do not wish to pay for these software products.

5. I use LyX to generate documents.

1

6. I am not aware of any "acceptable font" which I can obtain for usage with L<sub>Y</sub>X without agreeing to additional license conditions.

7. I am not aware of any method to convert L<sub>Y</sub>X doucments to Microsoft Word documents, but can convert L<sub>Y</sub>X documents to PDF format.

Ryan Patrick Nicholl, being duly sworn under oath and under penalty of perjury, states that all foregoing statements are true and correct.

Sworn to and subscribed before me this ___09___ day of ___June___, ___2016___.

_____
Affiant Signature

_____
Areeb Khan
Notary Public Name (Print)

_____
Notary Public Signature        Notary Seal

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Ryan Patrick Nicholl  *Plaintiff*  *v.s.*  Board of Regents of the University System of Georgia  *Defendant* | Civil Action No. 1:16-CV-1350-AT |

## CERTIFICATION OF SERVICE

I certify that upon filing this certificate with the Court that I have served the Board of Regents of the University System of Georgia with PLAINTIFF'S FIRST MOTION FOR LEAVE, and the associated memorandum and affidavit, and this document, by mailing copies of each aforementioned document with the United States Postal Service addressed to:

    Brooke E. Heinz
    40 Capitol Square
    S.W. Atlanta, Georgia 30334-1300

Respectfully submitted,

*[signature: Ryan P. Nicholl]*     2016-6-9

RYAN PATRICK NICHOLL     Date
950 HUDSON RD SE
APT 202
MARIETTA GA, 30060
(678) 358-7765
*Plaintiff Name, Address and Phone*

2