IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RYAN P. NICHOLL, | : | |
| Plaintiff, | : | |
| v. | : | |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, | : | CIVIL ACTION NO. 1:16-CV-1350-AT |
| Defendant. | : | |

**BOARD OF REGENTS OF THE UNIVERSITY SYSTEM
OF GEORGIA'S AMENDED MOTION TO DISMISS**

COMES NOW the Defendant, the Board of Regents of the University System of Georgia (the "Board"), by and through counsel, Samuel S. Olens, the Attorney General of the State of Georgia, and pursuant to FED. R. CIV. P. 12(b)(1) and 12(b)(6), moves to dismiss the Complaint, showing the Court the following:

Plaintiff is a student of Kennesaw State University, an institution of the University System of Georgia. He has filed this multi-count Amended Complaint alleging both state and federal questions, including, among other claims, discrimination, violation of due process, the dormant commerce clause, antitrust acts, and coercive, illusory, unilateral contacts as they relate to a mandatory meal plan implemented by the Board and Kennesaw State University.

1

Plaintiff has only sued the Board of Regents of the University System of Georgia, seeking damages, declaratory, and injunctive relief. Plaintiff's claims are barred by the Eleventh Amendment and the Complaint fails to state a claim.

A memorandum of law is being filed contemporaneously with this motion.

This 27th day of June, 2016.

                                Respectfully submitted,

                                SAMUEL S. OLENS     551540
                                Attorney General

                                W. WRIGHT BANKS, JR.  036156
                                Deputy Attorney General

                                */s/Julie Adams Jacobs*
                                JULIE ADAMS JACOBS  003595
                                Senior Assistant Attorney General

                                */s/ Brooke E. Heinz*
                                BROOKE E. HEINZ     927752
                                Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

BROOKE E. HEINZ
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 651-9457
Fax: (404) 657-3239
E-mail: bheinz@law.ga.gov

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point New Times Roman type face.

This the 27th day of June, 2016.

                */s/ Brooke E. Heinz*
                BROOKE E. HEINZ   927752
                Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

BROOKE E. HEINZ
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone:  (404) 651-9457
Fax:  (404) 657-3239
E-mail:  bheinz@law.ga.gov

## CERTIFICATE OF SERVICE

I do hereby certify that I have this date served a copy of the foregoing AMENDED MOTION TO DISMISS AND BRIEF IN SUPPORT OF upon:

>Ryan Patrick Nicholl
>950 Hudson Rd. SE
>Apt 202
>Marietta, GA 30060

by placing the same into the United States mail with adequate, first-class postage placed thereon.

This 27th day of June, 2016.

 */s/ Brooke E. Heinz*
BROOKE E. HEINZ            927752
Assistant Attorney General
