IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RYAN PATRICK NICHOLL,      :
                                :
      Plaintiff,              :
                                :
v.                           :
                                :
BOARD OF REGENTS OF THE      :      CIVIL ACTION NO.
UNIVERSITY SYSTEM OF        :      1:16-cv-01350-AT
GEORGIA,
                                :
      Defendant.          :

## **ORDER**

The Parties have failed to timely file their Joint Preliminary Report and Discovery Plan ("JPRDP") as required by Local Rule 16.2.  *See* L.R. 16.2, NDGa (providing that "the completed form must be filed within thirty days after the appearance of the first defendant by answer or motion").  As Defendant filed its Motion to Dismiss on June 7, 2016, the Parties were required to file their JPRDP on July 7, 2016. Accordingly, the Parties are **ORDERED** to file their JPRDP **NO LATER THAN AUGUST 16, 2016**.  The Parties are **ADVISED** that the failure to do so may result in dismissal pursuant to Local Rule 41.3A(2) for failure to comply with a lawful order of this Court.  The Clerk is **DIRECTED** to resubmit this matter to the undersigned on August 17, 2016 if no JPRDP is filed.

In addition, Plaintiff's Motion for Leave [Doc. 7] to file documents in Times Roman 14 point font and to send electronic copies in PDF, TXT, LYX, or HTML format is **GRANTED AS UNOPPOSED**.

**IT IS SO ORDERED** this 2nd day of August, 2016.

**Amy Totenberg**
**United States District Judge**