IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RYAN P. NICHOLL, | : | |
| Plaintiff, | : | |
| v. | : | |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, | : | CIVIL ACTION NO. 1:16-CV-1350-AT |
| Defendant. | : | |

## ORDER

Defendant filed a motion to dismiss asserting Eleventh Amendment immunity and failure to state a claim. [Doc. No. 6]. Plaintiff subsequently amended his Complaint and the Board filed an amended motion to dismiss. [Doc. No. 8 and 11]. Defendant moved to stay all discovery and discovery related activities imposed by FED. R. CIV. P. 16 and 26 and the Local Rules of this District.

To alleviate the burden of unnecessary and expensive discovery and further the interests of efficiency and justice, it is hereby **ORDERED** that all discovery is stayed until this Court rules on the Defendant's amended motion to dismiss.

**IT IS SO ORDERED** this _____ day of _____, 2016.

**Honorable Amy Totenberg**
**United States District Judge**