IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RYAN PATRICK NICHOLL, | : | |
| Plaintiff, | : | |
| v. | : | |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, | : | CIVIL ACTION NO. 1:16-cv-01350-AT |
| Defendant. | : | |

## **SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Planning Report and Discovery Plan form completed by the parties, ("JPRDP", Doc. 15), the Court **ORDERS** that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in JPRDP, except as modified herein:

Defendant's request to stay all discovery related deadlines [Doc. 14] pending the Court's ruling on its Motion to Dismiss which raises the defense of Eleventh Amendment immunity from suit is **GRANTED**. In the event the Court denies Defendant's Motion to Dismiss with respect to any of the claims asserted by Plaintiff in his Complaint, this case will be assigned to an eight (8) month discovery track commencing ten (10) days following the entry of the Court's order on the motion.

**IT IS SO ORDERED** this 17th day of August, 2016.

_____
**Amy Totenberg
United States District Judge**