IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 27 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Ryan Patrick Nicholl

*Plaintiff*

*v.s.*

Board of Regents of the University System of Georgia

*Defendant*

Civil Action No. 1:16-CV-1350-AT

## NOTICE OF APPEAL

The Plaintiff hereby **APPEALS** from the Judgment of the District Court, pursuant to F.R.A.P. § 3(a)(1) et seq.

### F.R.A.P. § 3(c)(1)(A)

The party appealing is the Plaintiff, Ryan Nicholl.

### F.R.A.P. § 3(c)(1)(B)

The Plaintiff appeals from the orders entered in the United States District Court for the Northern District of Georgia, case number 1:16-CV-1350-AT, in Doc 19, Doc 20, dismissing the case and ordering payment of "costs"; and Doc 22, denying motion to vacate judgment and for leave to amend as "futile".

1

## F.R.A.P. § 3(c)(1)(C)

This appeal shall be taken to the United States Court of Appeals for the 11th Circuit.

Respectfully submitted,

_____  2016-12-26
Ryan Patrick Nicholl          Date
950 Hudson Rd SE
APT 202
Marietta GA, 30060
(678) 358-7765
*Plaintiff Name, Address and Phone*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Ryan Patrick Nicholl *Plaintiff* *v.s.* Board of Regents of the University System of Georgia *Defendant* | Civil Action No. 1:16-CV-1350-AT |

## CERTIFICATION OF FORMATTING

I certify that I have prepared these documents in Times Roman 14 pt font, with 1 inch margins on the sides and bottom and 1.5 inch margins at the top as required.

Respectfully submitted,

_____  2016-12-26
Ryan Patrick Nicholl          Date
950 Hudson Rd SE
APT 202
Marietta GA, 30060
(678) 358-7765
*Plaintiff Name, Address and Phone*

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
CLERK OF COURT

**DOCKETING SECTION**
404-215-1655

December 27, 2016

Ryan Patrick Nicholl
950 Hudson Rd SE
APT 202
Marietta, GA 30060
678-358-7765
PRO SE

    Re:    *Ryan Patrick Nicholl v. Board of Regents of the University System of Georgia*
            Civil Action No.: 1:16-cv-1350-AT

Dear Mr. Nicholl:

    On December 27, 2016 we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

    __X__    **Appeal fee $505.00**   (Docketing fee $500.00 and Filing fee $5.00)

    __X__    **or Application to proceed on appeal *in forma pauperis*.**

    __X__    **Please complete the attached appeal information sheet as directed.**

                              Sincerely,

                              James N. Hatten
                              District Court Executive and
                              Clerk of Court

                        By:  P. McClam
                              Deputy Clerk

cc:    USCA