<u>APPEAL RECEIPT SHEET</u>

Case Number:                    1:16-cv-1350

Date fee paid
over the counter:               12/27/16 – Temp Receipt #088507 by CG

Date fee paid and date check
receipted from check log:       _____

Transcript Order Form
given to attorney/courier:      Yes _____

                                No ✓_____

```
Court Name: Northern District of Georgia
Division: 1                  88977
Receipt Number: GAN100088977
Cashier ID: jwhite
Transaction Date: 12/27/2016
Payer Name: RYAN PATRICK NICHOLL
-----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: RYAN PATRICK NICHOLL
 Case/Party: D-GAN-1-16-CV-001350-001
 Amount:        $505.00
-----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 6695101513
 Amt Tendered:  $505.00
-----------------------------------------
Total Due:       $505.00
Total Tendered: $505.00
Change Amt:        $0.00

PAYMENT RECEIVED OVER THE COUNTER
(OTC) 12/27/16 - TEMP RECEIPT NO.
088507 GIVEN BY CG

With a check payment you authorize
us either to use information from
your check to make a one-time
electronic fund transfer from your
account or to process the payment
as a check transaction. For
inquiries or privacy
information, call 404-215-1625
```