# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
DISTRICT COURT EXECUTIVE  
AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

December 29, 2016

Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia   30303

**U.S.D.C. No.:** 1:16-cv-1350-AT  
**U.S.C.A. No.:** 00-00000-00  
**In re:** *Ryan Patrick Nicholl v.* Board of Regents of the University System of Georgia

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | **Certified copies of the Notice of Appeal, Docket Sheet, Clerk's Judgment and Orders appealed enclosed.** |
| ___ | This is not the first notice of appeal.  Other notices were filed on: . |
| X | **There is no transcript.** |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| X | **Fee paid on 12/27/16; Receipt Number GAN100088977.** |
| ___ | Appellant has been  leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| X | **The United States District Judge is .Amy Totenberg** |
| ___ | This is a **DEATH PENALTY** appeal. |

Sincerely,

James N. Hatten  
District Court Executive  
and Clerk of Court

By:   /s/  Kimberly Carter  
Deputy Clerk

Enclosures