# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN　　　　　　　　　　　　　　　　　　　　　　DOCKETING SECTION
DISTRICT COURT EXECUTIVE　　　　　　　　　　　　　　　　　404-215-1655
AND CLERK OF COURT

December 29, 2016

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

　　　　U.S.D.C. No.: 1:16-cv-1350-AT
　　　　U.S.C.A. No.: 00-00000-00
　　　　In re:　　*Ryan Patrick Nicholl v.* Board of Regents of the University System of Georgia

　　　Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | **Certified copies of the Notice of Appeal, Docket Sheet, Clerk's Judgment and Orders appealed enclosed.** |
| __ | This is not the first notice of appeal.  Other notices were filed on: . |
| X | **There is no transcript.** |
| __ | The court reporter is . |
| __ | There is sealed material as described below: . |
| __ | Other: . |
| X | **Fee paid on 12/27/16; Receipt Number GAN100088977.** |
| __ | Appellant has been  leave to file *in forma pauperis*. |
| __ | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
| __ | The Magistrate Judge is . |
| X | **The United States District Judge is .Amy Totenberg** |
| __ | This is a **DEATH PENALTY** appeal. |

　　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　　　James N. Hatten
　　　　　　　　　　　　　　　　　　　　　　　　　　District Court Executive
　　　　　　　　　　　　　　　　　　　　　　　　　　and Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　By:　/s/  Kimberly Carter
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Enclosures