FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN -9 2017

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Ryan Patrick Nicholl<br><br>*Plaintiff*<br><br>*v.s.*<br><br>Board of Regents of the University System of Georgia<br><br>*Defendant* | Civil Action No. 1:16-CV-1350-AT |

## PLAINTIFF'S F.R.A.P. 10(b)(1) NOTICE

I certify that to the extent of my knowledge no hearings were held in the District Court related to this case, and that no transcript will be ordered.

Respectfully submitted,

_Ryan P. Nicholl_   2017-1-5

Ryan Patrick Nicholl          Date
950 Hudson Rd SE APT 202
Marietta GA, 30060
(678) 358-7765
*Plaintiff, pro se*

1